# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BARANCO, JAMES ABBITT, HARRIET ABRUSCATO, DONALD BROWN, DANIEL CARON, ANITA FARRELL, JOHN FURNO, JAMES JENKIN, ROGER KINNUNEN, GARY KUBBER and MALISA NICOLAU individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 3:17-cv-03580-EMC<br><br>**[PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S MOTION TO DISMISS**<br><br><u>CLASS ACTION</u><br><br>District Judge Edward M. Chen<br>Courtroom 5, 17th Floor<br><br>Comp. Filed:  June 21, 2017<br>Trial Date:     Not Yet Set |

Having reviewed the parties' Joint Stipulation and [Proposed] Order Regarding Briefing Schedule for Defendant's Motion to Dismiss and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Plaintiffs will file their opposition to the Motion to Dismiss on November 29, 2017; and

2. Defendant's reply in support of the Motion to Dismiss will be filed on December 15, 2017.

**IT IS SO ORDERED.**

Dated: 11/28/17



UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on November 27, 2017.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com