DYKEMA GOSSETT LLC
Tamara A. Bush (197153)
tbush@dykema.com
333 South Grand Avenue, Suite 3100
Los Angeles, CA 90071
Telephone: (213) 457-1800
Facsimile: (213) 457-1850

DYKEMA GOSSETT PLLC
John M. Thomas (266842,)
David M. George – Pro Hac Vice
jthomas@dykema.com
dgeorge@dykema.com
2723 South State Street, Suite 400
Ann Arbor, MI 48104
Telephone: (734) 214-7613
Facsimile: (734) 214-7696

McAFEE & TAFT
Sherry A. Rozell, Pro Hac Vice
Sherry.rozell@mcafeetaft.com
Two W. Second Street, Suite 1100
Williams Center Tower II
Tulsa, OK 74103
Telephone: (918) 587-0001
Facsimile: (918) 574-3101

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BARANCO, JAMES ABBITT, HARRIET ABRUSCATO, DONALD BROWN, DANIEL CARON, ANITA FARRELL, JOHN FURNO, JAMES JENKIN, ROGER KINNUNEN, GARY KUBBER and MALISA NICOLAU, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation;<br><br>Defendants. | Case No. 3:17-CV-03580-EMC<br><br>Assigned to Hon. Edward M. Chen, Courtroom 5 – San Francisco<br><br>CLASS ACTION<br><br>**STIPULATION AND [PR~~OP~~OSED] ORDER REGARDING FILING AN ANSWER TO PLAINTIFFS' FIRST AMENDED COMPLAINT [L.R. 6-1(A)]**<br><br>Complaint Filed: June 21, 2017<br>1st Amend Complaint: August 18, 2017<br>Trial Date: November 4, 2019 |

1
STIPULATION AND [PROPOSED] ORDER REGARDING FILING AN ANSWER TO
PLAINTIFFS' FIRST AMENDED COMPLAINT [L.R. 6 1(A)]
CASE NO. 3:17-CV-03580

| | |
|---|---|
| 1 | Plaintiffs and Defendant FORD MOTOR COMPANY ("Ford") (collectively |
| 2 | the "Parties"), by and through their respective counsel, hereby stipulate as follows: |
| 3 | **WHEREAS**, on March 12, 2018, the Court entered an Order Granting In Part |
| 4 | and Denying In Part Defendant's Motion to Dismiss Plaintiffs First Amended |
| 5 | Complaint. Pursuant to that Order Plaintiffs have 30 days to file an amended |
| 6 | complaint. |
| 7 | **WHEREAS,** during the Further Case Management Conference held on |
| 8 | March 15, 2018, Plaintiffs' counsel advised the Court and Ford that they will be filing |
| 9 | a Second Amended Class Action Complaint on or before April 11, 2018. |
| 10 | **WHEREAS**, upon stipulation of the parties, it is agreed that Ford will not file |
| 11 | an Answer to Plaintiffs' First Amended Complaint but instead will file a response to |
| 12 | Plaintiffs' Second Amended Complaint in accordance with Fed. R. Civ. P. 15(a)(3); |
| 13 | **WHEREAS**, counsel for Defendant, as the filer of this document, attests that |
| 14 | concurrence in the filing of the document has been obtained from each of the other |
| 15 | signatories: |
| 16 | **IT IS THEREFORE STIPULATED BETWEEN THE PARTIES THAT**: |
| 17 | 1. Ford will not file an Answer to Plaintiffs' First Amended Complaint but |
| 18 | instead will file a response to Plaintiffs' to-be filed Second Amended Complaint in |
| 19 | accordance with Fed. R. Civ. P. 15(a)(3). |

Dated: March 21, 2018     DYKEMA GOSSETT LLC

By: /s/ Tamara A. Bush
David M. George (admitted *pro hac vice*)
John M. Thomas
Tamara A. Bush
Attorneys for Defendant
FORD MOTOR COMPANY

Dated: March 21, 2018     BLOOD HURST & O'REARDON LLP

By: /s/ Leslie E. Hurst
Timothy G. Blood
Leslie E. Hurst
Attorneys for Plaintiff

# [PROP~~OS~~ED] ORDER

PURSUANT TO STIPULATION OF THE PARTIES, the Stipulation is GRANTED. The Court Orders that:

1. Ford is not required to file an Answer to Plaintiffs' First Amended Complaint.

2. Once filed, Ford will respond to Plaintiffs' Second Amended Complaint in accordance with Fed. R. Civ. P. 15(a)(3).

**IT IS SO ORDERED.**

DATED: 3/21/18  By: _____
HON. _____ CHEN
UNITED STATES DISTRICT JUDGE

