DYKEMA GOSSETT LLC
Tamara A. Bush (197153)
tbush@dykema.com
333 South Grand Avenue, Suite 3100
Los Angeles, CA 90071
Telephone:  (213) 457-1800
Facsimile:    (213) 457-1850

DYKEMA GOSSETT PLLC
John M. Thomas (266842,)
David M. George – Pro Hac Vice
jthomas@dykema.com
dgeorge@dykema.com
2723 South State Street, Suite 400
Ann Arbor, MI 48104
Telephone:  (734) 214-7613
Facsimile:    (734) 214-7696

McAFEE & TAFT
Sherry A. Rozell, Pro Hac Vice
Sherry.rozell@mcafeetaft.com
Two W. Second Street, Suite 1100
Williams Center Tower II
Tulsa, OK 74103
Telephone:  (918) 587-0001
Facsimile:  (918) 574-3101

Attorneys for Defendant
FORD MOTOR COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BARANCO, JAMES ABBITT, HARRIET ABRUSCATO, DONALD BROWN, DANIEL CARON, ANITA FARRELL, JOHN FURNO, JAMES JENKIN, GARY KUBBER and MALISA NICOLAU, APRIL NICOLO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation;<br><br>Defendants. | Case No. 3:17-CV-03580-EMC<br><br>Assigned to Hon. Edward M. Chen, Courtroom 5 – San Francisco<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT [L.R. 6-1(A)]**<br><br>Complaint Filed:        June 21, 2017<br>1st Amend Complaint:  August 18, 2017<br>2nd Amend Complaint:  April 11, 2018<br>Trial Date:                None |

1

Plaintiffs and Defendant FORD MOTOR COMPANY ("Ford") (collectively the "Parties"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on April 11, 2018, Plaintiffs' filed a Second Amended Class Action Complaint;

**WHEREAS,** pursuant to Fed. R. Civ. P. 15(a)(3), Ford's responsive pleading is due on April 25, 2018;

**WHEREAS**, the parties agree that Ford may file its response to Plaintiffs' Second Amended Complaint by May 9, 2018;

**WHEREAS,** the parties agree that if Ford files a partial motion to dismiss it need not file an answer until after the Court enters an order granting or denying such motion.

**WHEREAS**, counsel for Defendant, as the filer of this document, attests that concurrence in the filing of the document has been obtained from each of the other signatories:

**IT IS THEREFORE STIPULATED BETWEEN THE PARTIES THAT**:

1. Ford's response to Plaintiffs' Second Amended Complaint is due by May 9, 2018.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    2.    If Ford responds by filing a partial motion to dismiss, it need not file an

2         Answer to Plaintiffs' Second Amended Complaint until after the Court

3         decides Ford's motion.

4    Dated:  April 25, 2018              DYKEMA GOSSETT LLC

5

6                                        By: /s/ Tamara A. Bush
                                             David M. George (admitted *pro hac vice*)
7                                            John M. Thomas
                                             Tamara A. Bush
8                                            Attorneys for Defendant
                                             FORD MOTOR COMPANY

9
     Dated:  April 25, 2018              MCCUNE WRIGHT AREVALO LLP
10

11                                       By:   /s/ Matthew D. Schelkopf            .
                                               Matthew D. Schelkopf
12                                             Attorney for Plaintiffs

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# [PROPOSED] ORDER

PURSUANT TO STIPULATION OF THE PARTIES, the Stipulation is GRANTED. The Court Orders that:

1. Ford's response to Plaintiffs' Second Amended Complaint is due by May 9, 2018.

2. If Ford responds by filing a partial motion to dismiss, it need not file an Answer to Plaintiffs' Second Amended Complaint until after the Court decides Ford's motion.

**IT IS SO ORDERED.**

DATED:_____4/25/18_____     By: _____



HON._____ JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING EXTENDING TIME TO RESPOND
TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT [L.R. 6 1(A)]
CASE NO. 3:17-CV-03580