# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BARANCO, JAMES ABBITT, HARRIET ABRUSCATO, DONALD BROWN, DANIEL CARON, ANITA FARRELL, JOHN FURNO, JAMES JENKIN, GARY KUBBER and MALISA NICOLAU, APRIL NICOLO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation;<br><br>Defendants. | Case No. 3:17-CV-03580-EMC<br><br>Assigned to Hon. Edward M. Chen, Courtroom 5 – San Francisco<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFFS' THIRD AMENDED CLASS ACTION COMPLAINT [L.R. 6-1(A)]**<br><br>Complaint Filed: June 21, 2017<br>1st Amend Complaint: August 18, 2017<br>2nd Amend Complaint: April 11, 2018<br>Trial Date: None |

Plaintiffs and Defendant FORD MOTOR COMPANY ("Ford") (collectively the "Parties"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, Ford's response to Plaintiffs' Second Amended Class Action Complaint is due on May 23, 2018;

**WHEREAS**, Plaintiffs have informed Ford that they would like to amend their complaint to add three named plaintiffs and have asked Ford whether it will consent to them filing a Third Amended Class Action Complaint to add such plaintiffs;

**WHEREAS,** Ford has consented to Plaintiffs' request to file a Third Amended Class Action Complaint to add three named plaintiffs;

**WHEREAS**, as part of the parties' agreement that Plaintiffs may file a Third Amended Class Action Complaint to add three named plaintiffs, Plaintiffs agreed to (1) allege, for all named Plaintiffs, the Vehicle Identification Number for each plaintiff's vehicle and the date each plaintiff purchased his or her vehicle; and (2) waive all arguments that the filing date of the new plaintiffs relates back to the date of the filing of the original complaint (i.e., the filing date of the new plaintiffs' claims shall be the date the Third Amended Complaint is filed);

**WHEREAS,** Plaintiffs agree to file their Third Amended Complaint by May 31, 2018; and

**WHEREAS,** Plaintiffs agree that Ford need not file a response to the Second Amended Complaint and that its response to Plaintiffs' Third Amended Complaint shall be filed by June 21, 2018;

**WHEREAS**, counsel for Defendant, as the filer of this document, attests that concurrence in the filing of the document has been obtained from each of the other signatories:

**IT IS THEREFORE STIPULATED BETWEEN THE PARTIES THAT**:

1. Plaintiffs agree to file their Third Amended Complaint by May 31, 2018; and

2. Ford need not file a response to the Second Amended Complaint and that its response to Plaintiffs' Third Amended Complaint shall be filed by June 21, 2018.

Dated: May 23, 2018     DYKEMA GOSSETT LLC

By: */s/ Tamara A. Bush*
David M. George (admitted *pro hac vice*)
John M. Thomas
Tamara A. Bush
Attorneys for Defendant
FORD MOTOR COMPANY

Dated: May 23, 2018     MCCUNE WRIGHT AREVALO LLP

By: */s/ Matthew D. Schelkopf*
Matthew D. Schelkopf
Attorney for Plaintiffs

# [PROPOSED] ORDER

PURSUANT TO STIPULATION OF THE PARTIES, the Stipulation is GRANTED. The Court Orders that:

1. Plaintiffs shall file their Third Amended Complaint by May 31, 2018;
2. Ford need not file a response to the Second Amended Complaint; and
3. Ford's response to Plaintiffs' Third Amended Complaint shall be filed by June 21, 2018.

**IT IS SO ORDERED.**

DATED: 5/24/18     By: _____
HONORABLE
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, Judge Edward M. Chen]*