# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| DAVID BARANCO, JAMES ABBITT, HARRIET ABRUSCATO, DONALD BROWN, DANIEL CARON, GARY DICKEN, ANITA FARRELL, JOHN FURNO, GREG CARAT, JOHN HANNAH, GARY KUBBER, MALISA NICOLAU, and APRIL NICOLO, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>　　　　Defendants. | Case No. 3:17-cv-03580-EMC<br><br>Assigned to Hon. Edward M. Chen, Courtroom 5 – San Francisco<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING RESPONDING TO PLAINTIFFS' THIRD AMENDED COMPLAINT [L.R. 6-1(A)]**<br><br>Complaint Filed:　　　June 21, 2017<br>1st Amend Complaint:　August 18, 2017<br>2nd Amend Complaint: April 11, 2018<br>3rd Amend Complaint:　May 31, 2018<br>Trial Date:　　　　　November 4, 2019 |

Plaintiffs and Defendant FORD MOTOR COMPANY ("Ford") (collectively the "Parties"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, on May 31, 2018, Plaintiffs filed a Third Amended Class Action Complaint ("TAC");

**WHEREAS,** Ford's response to the TAC is currently due on June 21, 2018;

**WHEREAS**, Ford has advised Plaintiffs that it intends on filing a motion to dismiss certain claims in response to the TAC in accordance with Fed. R. Civ. P.12(b)(6);

**WHEREAS,** upon stipulation of the parties, it is agreed that Ford need not file an Answer to Plaintiffs' TAC until after its motion is decided;

**WHEREAS,** the parties agree to the following deadlines relating to Ford's anticipated motion to dismiss;

| | |
|---|---|
| June 28, 2018 | Ford's Motion to Dismiss TAC |
| August 10, 2018 | Plaintiff's Opposition to Motion to Dismiss |
| August 24, 2018 | Ford's Reply in Support of Motion to Dismiss |

**WHEREAS**, pursuant to Local Rule 6-1(a), this stipulation is permissible without Court order because it does not alter the date of any event or any deadline already fixed by Court order;

**WHEREAS**, counsel for Defendant, as the filer of this document, attests that concurrence in the filing of the document has been obtained from each of the other signatories;

**IT IS THEREFORE STIPULATED BETWEEN THE PARTIES THAT**:

1. Ford will not file an Answer to Plaintiffs' Third Amended Class Action Complaint but instead will file a motion to dismiss pursuant to Fed. R. Civ. P.12(b)(6);
2. The briefing schedule relating to Fords' anticipated Motion to Dismiss is as follows:

| | | |
|---|---|---|
| June 28, 2018 | Ford's Motion to Dismiss TAC | |
| August 10, 2018 | Plaintiff's Opposition to Motion to Dismiss | |
| August 24, 2018 | Ford's Reply in Support of Motion to Dismiss; | |

3. Ford need not file an Answer to Plaintiffs' Third Amended Class Action Complaint until after Ford's Motion to Dismiss is decided.

Dated: June 15, 2018    DYKEMA GOSSETT LLC

By: /s/ Tamara A. Bush
David M. George (admitted *pro hac vice*)
John M. Thomas
Tamara A. Bush
Attorneys for Defendant
FORD MOTOR COMPANY

Dated: June 15, 2018    MCCUNE WRIGHT AREVALO LLP

By:   /s/ Matthew D. Schelkopf     .
Matthew D. Schelkopf
Attorney for Plaintiffs

## [P~~ROPO~~SED] ORDER

PURSUANT TO STIPULATION OF THE PARTIES, the Stipulation is GRANTED. The Court Orders that:

1. The briefing schedule relating to Fords' anticipated Motion to Dismiss Plaintiffs' Third Amended Class Action Complaint is as follows:

June 28, 2018    Ford's Motion to Dismiss TAC Due

August 10, 2018    Plaintiff's Opposition to Motion to Dismiss Due

August 24, 2018    Ford's Reply in Support of Motion to Dismiss Due;

3. Ford need not file an Answer to Plaintiffs' Third Amended Class Action Complaint until after Ford's Motion to Dismiss is decided.

**IT IS SO ORDERED.**

DATED: 6/18/18    By: _____
HON. EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE