| | |
|---|---|
| BLOOD HURST & O'REARDON, LLP<br>TIMOTHY G. BLOOD (149343)<br>LESLIE E. HURST (178432)<br>JENNIFER L. MACPHERSON (202021)<br>501 West Broadway, Suite 1490<br>San Diego, CA 92101<br>Tel: 619/338-1100<br>tblood@bholaw.com<br>lhurst@bholaw.com<br>jmacpherson@bholaw.com | DYKEMA GOSSETT LLC<br>JOHN M. THOMAS (266842)<br>TAMARA A. BUSH (197153)<br>333 South Grand Avenue, Suite 3100<br>Los Angeles, CA 90071<br>Tel: 213/457-1800<br>213/457-1850 (fax)<br>jthomas@dykema.com<br>tbush@dykema.com |
| BARNOW AND ASSOCIATES, P.C.<br>BEN BARNOW (*pro hac vice*)<br>ERICH P. SCHORK (*pro hac vice*)<br>1 North LaSalle Street, Suite 4600<br>Chicago, IL 60602<br>Tel: 312/621-2000<br>b.barnow@barnowlaw.com<br>e.schork@barnowlaw.com | DYKEMA GOSSETT PLLC<br>JOHN M. THOMAS (266842)<br>DAVID M. GEORGE<br>2723 South State Street, Suite 400<br>Ann Arbor, MI 48104<br>Tel: 734/214-7613<br>734/214-7696 (fax)<br>jthomas@dykema.com<br>dgeorge@dykema.com |
| SAUDER SCHELKOPF<br>MATTHEW D. SCHELKOPF (*pro hac vice*)<br>JOSEPH B. KENNEY<br>555 Lancaster Avenue<br>Berwyn, PA 19312<br>Tel: 610/200-0581<br>mds@sstriallawyers.com<br>jbk@sstriallawyers.com | Attorneys for Defendant Ford Motor Co. |

Attorneys for Plaintiffs and the Class

Additional counsel listed on signature page

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID BARANCO, JAMES ABBITT, HARRIET ABRUSCATO, DONALD BROWN, DANIEL CARON, GARY DICKEN, ANITA FARRELL, JOHN FURNO, GREG GARAT, JOHN HANNAH, GARY KUBBER, MALISA NICOLAU, and APRIL NICOLO, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>Defendant. | Case No. 3:17-cv-03580-EMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br><u>CLASS ACTION</u><br><br>District Judge Edward M. Chen<br>Courtroom 5, 17th Floor<br><br>Comp. Filed:  June 21, 2017<br>Trial Date:    April 6, 2020<br><br>**JURY TRIAL DEMANDED** |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiffs, David Baranco, James Abbitt, Harriet Abruscato, Donald Brown, Daniel Caron, Anita Farrell, John Furno, Greg Garat, John Hannah, Gary Kubber, Malisa Nicolau, and April Nicolo, and Defendant Ford Motor Company ("Ford"), by and through their respective counsel, hereby stipulate as follows: Plaintiffs voluntarily dismiss all their claims and/or counts against Ford with prejudice.

Respectfully Submitted,

Dated: September 11, 2019

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
JENNIFER L. MACPHERSON (202021)

By:    *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
jmacpherson@bholaw.com

BARNOW AND ASSOCIATES, P.C.
BEN BARNOW (*pro hac vice*)
ERICH P. SCHORK (*pro hac vice*)
1 North LaSalle Street, Suite 4600
Chicago, IL  60602
Tel: 312/621-2000
312/641-5504 (fax)
b.barnow@barnowlaw.com
e.schork@barnowlaw.com

SAUDER SCHELKOPF LLC
JOSEPH G. SAUDER
MATTHEW D. SCHELKOPF (*pro hac vice*)
JOSEPH B. KENNEY
555 Lancaster Avenue
Berwyn, PA  19312
Tel: 610/200-0581
610/421-1326 (fax)
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

THE COFFMAN LAW FIRM
RICHARD L. COFFMAN (*pro hac vice*)
First City Building
505 Orleans St., Fifth Floor

| | |
|---|---|
| | Beaumont, TX 77701 |
| | Tel: 409/833-7700 |
| | 866/835-8250 (fax) |
| | rcoffman@coffmanlawfirm.com |
| | |
| | THE DAVENPORT LAW FIRM LLC |
| | COURTNEY L. DAVENPORT (*pro hac vice*) |
| | 18805 Porterfield Way |
| | Germantown, MD 20874 |
| | Tel: 703/901-1660 |
| | courtney@thedavenportlawfirm.com |
| | |
| | THE MILLER LAW FIRM. P.C. |
| | E. POWELL MILLER (P39487) |
| | SHARON S. ALMONRODE (P33938) |
| | DENNIS A. LIENHARDT (P81118) |
| | 950 W. University Dr., Suite 300 |
| | Rochester, MI 48307 |
| | Tel: 248/841-2200 |
| | 248/652-2852 (fax) |
| | epm@millerlawpc.com |
| | ssa@millerlawpc.com |
| | dal@millerlawpc.com |
| | |
| | McCUNE WRIGHT AREVALO LLP |
| | RICHARD D. McCUNE (132124) |
| | DAVID C. WRIGHT (177468) |
| | 3281 East Guasti Road, Suite 100 |
| | Ontario, CA 91761 |
| | Tel: 909/557-1250 |
| | 909/557-1275 (fax) |
| | rdm@mccunewright.com |
| | dcw@mccunewright.com |
| | |
| | *Attorneys for Plaintiffs and the Class* |
| Dated: September 11, 2019 | DYKEMA GOSSETT PLLC |
| | JOHN M. THOMAS (266842) |
| | DAVID M. GEORGE (*pro hac vice*) |
| | |
| | By:          s/ David George |
| | DAVID GEORGE |
| | 2723 South State Street, Suite 400 |
| | Ann Arbor, MI 48104 |
| | Tel: 734/214-7613 |
| | 734/214-7696 (fax) |
| | jthomas@dykema.com |
| | dgeorge@dykema.com |
| | |
| | DYKEMA GOSSETT LLC |
| | JOHN M. THOMAS (266842) |
| | TAMARA A. BUSH (197153) |
| | 333 South Grand Avenue, Suite 3100 |

BLOOD HURST & O' REARDON, LLP

00155424

2   Case No. 3:17-CV-03580-EMC
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

|   |   |
|---|---|
| 1 | Los Angeles, CA  90071 |
| 2 | Tel: 213/457-1800 |
|   | 213/457-1850 (fax) |
| 3 | jthomas@dykema.com |
|   | tbush@dykema.com |

McAFEE & TAFT
SHERRY A. ROZELL (*pro hac vice*)
Two W. Second Street, Suite 1100
Williams Center Tower II
Tulsa, OK  74103
Tel: 918/587-0001
918/574-3101 (fax)
sherry.rozell@mcafeetaft.com

*Attorneys for Defendant Ford Motor Co.*

**ECF CERTIFICATION**

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: September 11, 2019          BLOOD HURST & O'REARDON, LLP

                                   By:      *s/ Timothy G. Blood*
                                            TIMOTHY G. BLOOD

**CERTIFICATE OF SERVICE**

I hereby certify that on September 11, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on September 11, 2019.

*s/ Timothy G. Blood*
TIMOTHY G. BLOOD

BLOOD HURST & O'REARDON, LLP
501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com