| | |
|---|---|
| BLOOD HURST & O'REARDON, LLP<br>TIMOTHY G. BLOOD (149343)<br>LESLIE E. HURST (178432)<br>JENNIFER L. MACPHERSON (202021)<br>501 West Broadway, Suite 1490<br>San Diego, CA  92101<br>Tel: 619/338-1100<br>tblood@bholaw.com<br>lhurst@bholaw.com<br>jmacpherson@bholaw.com<br><br>BARNOW AND ASSOCIATES, P.C.<br>BEN BARNOW (*pro hac vice*)<br>ERICH P. SCHORK (*pro hac vice*)<br>1 North LaSalle Street, Suite 4600<br>Chicago, IL  60602<br>Tel: 312/621-2000<br>b.barnow@barnowlaw.com<br>e.schork@barnowlaw.com<br><br>SAUDER SCHELKOPF<br>MATTHEW D. SCHELKOPF (*pro hac vice*)<br>JOSEPH B. KENNEY<br>555 Lancaster Avenue<br>Berwyn, PA  19312<br>Tel: 610/200-0581<br>mds@sstriallawyers.com<br>jbk@sstriallawyers.com<br><br>Attorneys for Plaintiffs and the Class<br><br>Additional counsel listed on signature page | DYKEMA GOSSETT LLC<br>JOHN M. THOMAS (266842)<br>TAMARA A. BUSH (197153)<br>333 South Grand Avenue, Suite 3100<br>Los Angeles, CA 90071<br>Tel: 213/457-1800<br>213/457-1850 (fax)<br>jthomas@dykema.com<br>tbush@dykema.com<br><br>DYKEMA GOSSETT PLLC<br>JOHN M. THOMAS (266842)<br>DAVID M. GEORGE<br>2723 South State Street, Suite 400<br>Ann Arbor, MI 48104<br>Tel: 734/214-7613<br>734/214-7696 (fax)<br>jthomas@dykema.com<br>dgeorge@dykema.com<br><br>Attorneys for Defendant Ford Motor Co. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

| | |
|---|---|
| DAVID BARANCO, JAMES ABBITT, HARRIET ABRUSCATO, DONALD BROWN, DANIEL CARON, GARY DICKEN, ANITA FARRELL, JOHN FURNO, GREG GARAT, JOHN HANNAH, GARY KUBBER, MALISA NICOLAU, and APRIL NICOLO, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>FORD MOTOR COMPANY, a Delaware corporation,<br><br>    Defendant. | Case No. 3:17-cv-03580-EMC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br><u>CLASS ACTION</u><br><br>District Judge Edward M. Chen<br>Courtroom 5, 17th Floor<br><br>Comp. Filed:   June 21, 2017<br>Trial Date:      April 6, 2020<br><br>**JURY TRIAL DEMANDED** |

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiffs, David Baranco, James Abbitt, Harriet Abruscato, Donald Brown, Daniel Caron, Anita Farrell, John Furno, Greg Garat, John Hannah, Gary Kubber, Malisa Nicolau, and April Nicolo, and Defendant Ford Motor Company ("Ford"), by and through their respective counsel, hereby stipulate as follows:  Plaintiffs voluntarily dismiss all their claims and/or counts against Ford with prejudice.

Respectfully Submitted,

Dated: September 11, 2019

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
JENNIFER L. MACPHERSON (202021)

By:    *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA  92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
jmacpherson@bholaw.com

BARNOW AND ASSOCIATES, P.C.
BEN BARNOW (*pro hac vice*)
ERICH P. SCHORK (*pro hac vice*)
1 North LaSalle Street, Suite 4600
Chicago, IL  60602
Tel: 312/621-2000
312/641-5504 (fax)
b.barnow@barnowlaw.com
e.schork@barnowlaw.com

SAUDER SCHELKOPF LLC
JOSEPH G. SAUDER
MATTHEW D. SCHELKOPF (*pro hac vice*)
JOSEPH B. KENNEY
555 Lancaster Avenue
Berwyn, PA  19312
Tel: 610/200-0581
610/421-1326 (fax)
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

THE COFFMAN LAW FIRM
RICHARD L. COFFMAN (*pro hac vice*)
First City Building
505 Orleans St., Fifth Floor

Beaumont, TX 77701
Tel: 409/833-7700
866/835-8250 (fax)
rcoffman@coffmanlawfirm.com

THE DAVENPORT LAW FIRM LLC
COURTNEY L. DAVENPORT (*pro hac vice*)
18805 Porterfield Way
Germantown, MD 20874
Tel: 703/901-1660
courtney@thedavenportlawfirm.com

THE MILLER LAW FIRM. P.C.
E. POWELL MILLER (P39487)
SHARON S. ALMONRODE (P33938)
DENNIS A. LIENHARDT (P81118)
950 W. University Dr., Suite 300
Rochester, MI 48307
Tel: 248/841-2200
248/652-2852 (fax)
epm@millerlawpc.com
ssa@millerlawpc.com
dal@millerlawpc.com

McCUNE WRIGHT AREVALO LLP
RICHARD D. McCUNE (132124)
DAVID C. WRIGHT (177468)
3281 East Guasti Road, Suite 100
Ontario, CA 91761
Tel: 909/557-1250
909/557-1275 (fax)
rdm@mccunewright.com
dcw@mccunewright.com

*Attorneys for Plaintiffs and the Class*

Dated: September 11, 2019

DYKEMA GOSSETT PLLC
JOHN M. THOMAS (266842)
DAVID M. GEORGE (*pro hac vice*)

By:            *s/ David George*
                    DAVID GEORGE

2723 South State Street, Suite 400
Ann Arbor, MI 48104
Tel: 734/214-7613
734/214-7696 (fax)
jthomas@dykema.com
dgeorge@dykema.com

DYKEMA GOSSETT LLC
JOHN M. THOMAS (266842)
TAMARA A. BUSH (197153)
333 South Grand Avenue, Suite 3100

BLOOD HURST & O' REARDON, LLP

00155424

2    Case No. 3:17-CV-03580-EMC
STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Los Angeles, CA  90071
Tel: 213/457-1800
213/457-1850 (fax)
jthomas@dykema.com
tbush@dykema.com

McAFEE & TAFT
SHERRY A. ROZELL (*pro hac vice*)
Two W. Second Street, Suite 1100
Williams Center Tower II
Tulsa, OK  74103
Tel: 918/587-0001
918/574-3101 (fax)
sherry.rozell@mcafeetaft.com

*Attorneys for Defendant Ford Motor Co.*

## ECF CERTIFICATION

The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: September 11, 2019          BLOOD HURST & O'REARDON, LLP

                                   By:       *s/ Timothy G. Blood*
                                           TIMOTHY G. BLOOD

Dated: 9/11/2019



GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA