1  BLOOD HURST & O'REARDON, LLP
   TIMOTHY G. BLOOD (149343)
2  LESLIE E. HURST (178432)
   JENNIFER L. MACPHERSON (202021)
3  501 West Broadway, Suite 1490
   San Diego, CA 92101
4  Tel: 619/338-1100
   619/338-1101 (fax)
5  tblood@bholaw.com
   lhurst@bholaw.com
6  jmacpherson@bholaw.com

   BARNOW AND ASSOCIATES, P.C.
7  BEN BARNOW (*pro hac vice*)
   ERICH P. SCHORK (*pro hac vice*)
8  1 North LaSalle Street, Suite 4600
   Chicago, IL 60602
9  Tel: 312/621-2000
   b.barnow@barnowlaw.com
10 e.schork@barnowlaw.com

   SAUDER SCHELKOPF
11 MATTHEW D. SCHELKOPF (*pro hac vice*)
   JOSEPH B. KENNEY
12 555 Lancaster Avenue
   Berwyn, PA 19312
13 Tel: 610/200-0581
   mds@sstriallawyers.com
14 jbk@sstriallawyers.com

15 Attorneys for Plaintiffs and the Class

16 Additional counsel listed on signature page

   DYKEMA GOSSETT LLC
   JOHN M. THOMAS (266842)
   TAMARA A. BUSH (197153)
   333 South Grand Avenue, Suite 3100
   Los Angeles, CA 90071
   Tel: 213/457-1800
   213/457-1850 (fax)
   jthomas@dykema.com
   tbush@dykema.com

   DYKEMA GOSSETT PLLC
   JOHN M. THOMAS (266842)
   DAVID M. GEORGE
   2723 South State Street, Suite 400
   Ann Arbor, MI 48104
   Tel: 734/214-7613
   734/214-7696 (fax)
   jthomas@dykema.com
   dgeorge@dykema.com

   Attorneys for Defendant Ford Motor Co.

17 **UNITED STATES DISTRICT COURT**

18 **NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION**

19 DAVID BARANCO, JAMES ABBITT, HARRIET ABRUSCATO, DONALD
20 BROWN, DANIEL CARON, GARY DICKEN, ANITA FARRELL, JOHN FURNO,
21 GREG GARAT, JOHN HANNAH, GARY KUBBER, MALISA NICOLAU, and APRIL
22 NICOLO, individually and on behalf of all others similarly situated,

23            Plaintiffs,

24      v.

25 FORD MOTOR COMPANY, a Delaware
26 corporation,

27            Defendant.

Case No. 3:17-cv-03580-EMC

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

CLASS ACTION

District Judge Edward M. Chen
Courtroom 5, 17th Floor

Comp. Filed:   June 21, 2017
Trial Date:    April 6, 2020

**JURY TRIAL DEMANDED**

28

BLOOD HURST & O' REARDON, LLP

Pursuant to F.R.C.P. 41(a)(1)(A)(ii), Plaintiffs, David Baranco, James Abbitt, Harriet Abruscato, Donald Brown, Daniel Caron, Anita Farrell, John Furno, Greg Garat, John Hannah, Gary Kubber, Malisa Nicolau, and April Nicolo, and Defendant Ford Motor Company ("Ford"), by and through their respective counsel, hereby stipulate as follows: Plaintiffs voluntarily dismiss all their claims and/or counts against Ford with prejudice.

Respectfully Submitted,

Dated: September 11, 2019

BLOOD HURST & O'REARDON, LLP
TIMOTHY G. BLOOD (149343)
LESLIE E. HURST (178432)
JENNIFER L. MACPHERSON (202021)

By:     *s/ Timothy G. Blood*
TIMOTHY G. BLOOD

501 West Broadway, Suite 1490
San Diego, CA 92101
Tel: 619/338-1100
619/338-1101 (fax)
tblood@bholaw.com
lhurst@bholaw.com
jmacpherson@bholaw.com

BARNOW AND ASSOCIATES, P.C.
BEN BARNOW (*pro hac vice*)
ERICH P. SCHORK (*pro hac vice*)
1 North LaSalle Street, Suite 4600
Chicago, IL 60602
Tel: 312/621-2000
312/641-5504 (fax)
b.barnow@barnowlaw.com
e.schork@barnowlaw.com

SAUDER SCHELKOPF LLC
JOSEPH G. SAUDER
MATTHEW D. SCHELKOPF (*pro hac vice*)
JOSEPH B. KENNEY
555 Lancaster Avenue
Berwyn, PA 19312
Tel: 610/200-0581
610/421-1326 (fax)
jgs@sstriallawyers.com
mds@sstriallawyers.com
jbk@sstriallawyers.com

THE COFFMAN LAW FIRM
RICHARD L. COFFMAN (*pro hac vice*)
First City Building
505 Orleans St., Fifth Floor

1 | Beaumont, TX 77701
Tel: 409/833-7700
2 | 866/835-8250 (fax)
rcoffman@coffmanlawfirm.com

3

THE DAVENPORT LAW FIRM LLC
4 | COURTNEY L. DAVENPORT (*pro hac vice*)
18805 Porterfield Way
5 | Germantown, MD 20874
Tel: 703/901-1660
6 | courtney@thedavenportlawfirm.com

7

THE MILLER LAW FIRM. P.C.
E. POWELL MILLER (P39487)
8 | SHARON S. ALMONRODE (P33938)
DENNIS A. LIENHARDT (P81118)
9 | 950 W. University Dr., Suite 300
Rochester, MI 48307
10 | Tel: 248/841-2200
248/652-2852 (fax)
11 | epm@millerlawpc.com
ssa@millerlawpc.com
12 | dal@millerlawpc.com

13

McCUNE WRIGHT AREVALO LLP
RICHARD D. McCUNE (132124)
14 | DAVID C. WRIGHT (177468)
3281 East Guasti Road, Suite 100
15 | Ontario, CA 91761
Tel: 909/557-1250
16 | 909/557-1275 (fax)
rdm@mccunewright.com
17 | dcw@mccunewright.com

18 | *Attorneys for Plaintiffs and the Class*

19

Dated: September 11, 2019

20

DYKEMA GOSSETT PLLC
JOHN M. THOMAS (266842)
DAVID M. GEORGE (*pro hac vice*)

21

22 | By:    *s/ David George*

23 | DAVID GEORGE

2723 South State Street, Suite 400
24 | Ann Arbor, MI 48104
Tel: 734/214-7613
25 | 734/214-7696 (fax)
jthomas@dykema.com
26 | dgeorge@dykema.com

27 | DYKEMA GOSSETT LLC
JOHN M. THOMAS (266842)
TAMARA A. BUSH (197153)
28 | 333 South Grand Avenue, Suite 3100

2

STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

00155424

Los Angeles, CA 90071
Tel: 213/457-1800
213/457-1850 (fax)
jthomas@dykema.com
tbush@dykema.com

McAFEE & TAFT
SHERRY A. ROZELL (*pro hac vice*)
Two W. Second Street, Suite 1100
Williams Center Tower II
Tulsa, OK 74103
Tel: 918/587-0001
918/574-3101 (fax)
sherry.rozell@mcafeetaft.com

*Attorneys for Defendant Ford Motor Co.*

## ECF CERTIFICATION

    The filing attorney attests that she has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: September 11, 2019         BLOOD HURST & O'REARDON, LLP

By:         *s/ Timothy G. Blood*
            TIMOTHY G. BLOOD



Dated: 9/25/2019

00155424